IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:25-cr-00003 |
| v. | ) | |
| | ) | Judge Trauger |
| ROY KEVIN WILSON | ) | |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned Assistant U.S. Attorney, Nicholas J. Goldin, respectfully moves the Court to withdraw as an attorney of record in this case. Assistant U.S. Attorney Zachary T. Hinkle will remain as counsel for the Government.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney
for the Middle District of Tennessee

/s/ Nicholas J. Goldin
NICHOLAS J. GOLDIN
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Tel. (615) 736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on April 17, 2025, with the Clerk of Court via CM/ECF, and that a copy will be accessible to defense counsel via CM/ECF.

/s/ Nicholas J. Goldin
NICHOLAS J. GOLDIN
Assistant United States Attorney